DATE:    11-10-11                        JUDGE: O'GRADY
                                    Reporter: Mary McCarty w/Rudiger & Green

START: 10:35
FINISH: 10:50

Civil Action Number: 1:11cv01213

NJ HOTEL MANAGEMENT, LLC

V.

MOLINARO KOGER, INC., et.al.

Appearance of Counsel for ( X) Pltf

Plaintiff's [4] Emergency Motion for Temporary Restraining Order (TRO); [6] Motion for Preliminary Injunction; and [7] Motion for Appointment of Special Receiver

Argued:
(X) Granted. Continued to 11/18/11 at 10:00 AM for hearing on Preliminary Injunction.

Plaintiff also requested expedited discovery in open court - granted - defendants to comply with discovery requests w/in 48 hours of the issuance of discovery.

( X ) Order to Follow